Argued May 18, affirmed May 18, petition for rehearing denied
June 15, petition for review denied July 14, 1971

DONALD V. CHESLEY, *Appellant, v.*
CUPP, *Respondent.*

484 P2d 1129

*Ken C. Hadley*, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Jim G. Russell*, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.